IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

STEVEN F. LINDSEY,

Plaintiff,

v.                                                      Case No. 17-cv-231 JPG/SCW

SENTINEL INSURANCE COMPANY,
*a/k/a* Hartford Insurance Group,

Defendant.

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been

settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice

and without costs.


**Dated: May 18, 2017**                    **JUSTINE FLANAGAN, Acting Clerk of Court**

                                           *s/ Tina Gray*
                                           **Deputy Clerk**



**Approved:**      *s/J. Phil Gilbert*
                   **J. PHIL GILBERT**
                   **DISTRICT JUDGE**